**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**HECTOR M. DONES FIGUEROA,**

      **Plaintiff,**

-vs-                                                **Case No. 6:11-cv-1675-Orl-28KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**
_____

## ORDER

This case is before the Court on a judicial review of a final decision of the Commissioner of the Social Security Administration ("Commissioner") denying Plaintiff's claim for Disability Insurance Benefits and Social Security Income. The United States Magistrate Judge has submitted a report recommending that the Commissioner's decision be affirmed pursuant to sentence four of 42 U.S.C. § 405(g).

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.    That the Report and Recommendation filed January 23, 2013 (Doc. No. 18) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The final decision of the Commissioner is **AFFIRMED**.

3. The Clerk of the Court is directed to enter judgment in favor of the Commissioner and to thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 20th day of February, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record